IRIZARRY, CH.J.   **CR 18 00423**

TISCIONE, M.J.   INDICTMENT SEALING FORM

Case name: United States v. Xiao Yung Huang et al.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 13 2018 ★
BROOKLYN OFFICE

Reason for Sealing: The defendants are currently at liberty, and the government plans to effectuate the arrests in the coming weeks. The government seeks to seal the indictment to ensure that the defendants do not learn that they are under indictment and to prevent them from fleeing justice to avoid arrest and prosecution. Notably, the indictment has been returned well within the applicable statute of limitations and sealing is not requested simply to toll the statute.

By: _____          Date: August 10, 2018
Temidayo Aganga-Williams
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201