ATTACH THIS FORM TO THE SEALED PACKAGE   **IRIZARRY, CH.J.**

## GRAND JURY INVESTIGATIONS

### COVERING MEMORANDUM FOR SEALED DOCUMENTS



DATE GRAND JURY WAS EMPANELED: Monday, April 02, 2018

DATE OF SEALING: 08/07/2018     TIME:_____

SEALED BY: _____
(Individual physically sealing envelope)

AS PER ORDER OF: United States Magistrate Judge James Orenstein

DOCUMENT ENCLOSED: Indictment
(E.g., Immunity order, extension order, etc.)

U.S. ATTORNEY OR SPECIAL PROSECUTOR IN CHARGE: AUSA William P. Campos

U.S. ATTORNEY'S OFFICE FILE NUMBER (if applicable): F. # 2018R01033

This form is to be completed by the courtroom deputy if papers are sealed in open court, in chambers, or by the attorney when the courtroom deputy is not present at the time of the application.

The form will be completed by the individual in charge in the Clerk's Office only if the package is presented in an unsealed manner.

Please note that papers will be filed chronologically according to the date the particular Grand Jury was empanelled. Therefore, this date must be provided by the prosecutor.

This form is used for filling and retrieval purposes and is not part of the official record of the individual case.