**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IRIZARRY, CH.J.
TISCIONE, M.J.

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AUG 13 2018
BROOKLYN OFFICE

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Indictment

## CR 18 00423

Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Temidayo Aganga-Williams
Firm Name: U.S. Attorney's Office for the EDNY
Address: 271A Cadman Plaza East
Brooklyn, NY 11205
Phone Number: 718-254-6183
E-Mail Address: temidayo.aganga-williams@usdoj.gov

**B) If a _new_ application, the statute, regulation, or other legal basis that authorizes filing under seal**

28 U.S.C. § 1651(a)

**INDICATE UPON THE PUBLIC DOCKET SHEET: YES ____ NO ✓**
**If yes, state description of document to be entered on docket sheet:**

_____

_____

_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY _NOT_ BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn _____, NEW YORK
08/10/2018

**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE 08/10/2018
DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

08/10/2018 _____
DATE                SIGNATURE